IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01111-PAB-CBS

JAMES A. HUFFMAN,
    Plaintiff,
v.

CENTURYLINK, INC.,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Huffman's unopposed request to amend his Complaint to correct the caption to name Qwest Corporation rather than CenturyLink, Inc. (docketed by the Clerk of the Court as "Request for an Amended Pleading . . ."). Pursuant to the Order Referring Case dated May 6, 2013 (Doc. # 4) and the memorandum dated June 19, 2013 (Doc. # 6), this matter was referred to the Magistrate Judge. The court having reviewed the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Plaintiff's unopposed request to amend his Complaint to correct the caption to name Qwest Corporation rather than CenturyLink, Inc. (filed June, 2013) (Doc. # 5) is GRANTED. Qwest Corporation is hereby substituted for Defendant CenturyLink, Inc.

    DATED at Denver, Colorado, this 19th day of June, 2013.

                                BY THE COURT:

                                s/Craig B. Shaffer
                              United States Magistrate Judge